■ ELAINE K. McCONNELL et al., Respondents, v CHRISTINA M. FREEMAN et al., Appellants. [864 NYS2d 378]—Motion for leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Centra, Lunn, Peradotto and Green, JJ.

■ JOYCE CAMPO et al., Respondents, v MEGHAN M. NEARY et al., Appellants. [864 NYS2d 379]—Motion for reargument denied. Present—Centra, J.P., Lunn, Peradotto, Green and Pine, JJ.

■ In the Matter of ANTHONY HYNES et al., Respondents-Appellants, v CITY OF BUFFALO et al., Appellants-Respondents. (Proceeding No. 1.) In the Matter of JOSEPH FAHEY et al., Respondents, v CITY OF BUFFALO et al., Appellants. (Proceeding No. 2.) (Appeal No. 1.) [864 NYS2d 379]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Peradotto, Pine and Gorski, JJ.

■ CINDY S. HINDS, Appellant, v WAL-MART STORES, INC., Respondent. [864 NYS2d 379]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Centra, Lunn, Fahey and Gorski, JJ.

■ TERRY ROEHM, Respondent, v RLB DEVELOPMENT, LLC, Appellant. [864 NYS2d 376]—Motion for reargument granted and, upon reargument, the memorandum and order entered May 2, 2008 (51 AD3d 1406 [2008]) is amended by deleting "(Penn Can project)" from the first sentence of the memorandum and by deleting "general contractor for the Penn Can project" from the second sentence of the memorandum and substituting "owner of the Penn Can Mall." Present—Scudder, P.J., Martoche, Smith, Lunn and Peradotto, JJ.

■ JOSEPH FOLEY, Individually and as President of Buffalo Professional Firefighters Association, Inc., Local 282, IAFF, AFL-CIO-CLC, and on Behalf of all Other Individuals Providing Fire Protection to City of Buffalo, Respondent-Appellant, v ANTHONY MASIELLO, as Mayor of the City of Buffalo, et al., Appellants-Respondents. [864 NYS2d 379]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Smith, Lunn and Peradotto, JJ.